# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DARYL A. WILFONG & MARY A. WILFONG  
701 BARBERRY TRAIL  
FOX RIVER GROVE, IL  60021

Case Number: 06-71483  
SSN-xxx-xx-6021 & xxx-xx-7039

Case filed on: 8/18/2006  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $23,287.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 2,774.00 | 2,774.00 | 1,600.00 | 0.00 |
|   | Total Legal | 2,774.00 | 2,774.00 | 1,600.00 | 0.00 |
| 008 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WEXLER & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,111.78 | 3,111.78 | 0.00 | 0.00 |
|   | Total Priority | 3,111.78 | 3,111.78 | 0.00 | 0.00 |
| 999 | DARYL A. WILFONG | 0.00 | 0.00 | 15,829.24 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 15,829.24 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 72,949.82 | 0.00 | 0.00 | 0.00 |
| 002 | OCWEN LOAN SERVICING LLC | 8,457.33 | 8,457.33 | 0.00 | 0.00 |
| 003 | PHH MORTGAGE CORP SERVICE CENTER | 336,759.11 | 0.00 | 0.00 | 0.00 |
| 004 | PHH MORTGAGE CORP SERVICE CENTER | 69,134.07 | 69,134.07 | 0.00 | 0.00 |
| 005 | PNC BANK | 12,500.00 | 12,500.00 | 4,652.28 | 751.72 |
|   | Total Secured | 499,800.33 | 90,091.40 | 4,652.28 | 751.72 |
| 006 | INTERNAL REVENUE SERVICE | 61.21 | 61.21 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS CENTURION BANK | 6,006.54 | 6,006.54 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 3,271.70 | 3,271.70 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHASE CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NATIONAL LOAN RECOVERIES LLC | 18,870.75 | 18,870.75 | 0.00 | 0.00 |
| 015 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 17,097.20 | 17,097.20 | 0.00 | 0.00 |
| 018 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MITSUBISHI MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCM TRST | 6,124.49 | 6,124.49 | 0.00 | 0.00 |
| 023 | WELLS FARGO FINANCIAL | 1,274.18 | 1,274.18 | 0.00 | 0.00 |
|   | Total Unsecured | 52,706.07 | 52,706.07 | 0.00 | 0.00 |
|   | Grand Total: | 558,392.18 | 148,683.25 | 22,081.52 | 751.72 |

Total Paid Claimant:     $22,833.24  
Trustee Allowance:       $453.76  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008     By  /s/Heather M. Fagan